No. 82–5897.   REESE *v.* SISTER SUZANNE MARIE ET AL. Super. Ct. Pa.   Certiorari denied.

No. 82–5898.   THOMPSON *v.* KESTEN.   C. A. 6th Cir. Certiorari denied.

No. 82–5899.   NASSAR *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 82–5900.   SMITH *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.   C. A. 7th Cir.   Certiorari denied.

No. 82–5903.   BROADWAY *v.* STAFFORD, U. S. DISTRICT JUDGE.   C. A. 11th Cir.   Certiorari denied.

No. 82–5904.   MCFADDEN *v.* OHIO.   Ct. App. Ohio, Warren County.   Certiorari denied.

No. 82–5905.   MCCLAIN *v.* OKLAHOMA.   C. A. 10th Cir. Certiorari denied.

No. 82–5906.   SHAW *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–5912.   HENSON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–5913.   DILLARD *v.* WAYNE COUNTY PROSECUTOR. Sup. Ct. Mich.   Certiorari denied.

No. 82–5914.   COMBS *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 82–5918.   ATHERTON *v.* FALCONE, GARY & ROSENFELD, LTD., ET AL.   C. A. 4th Cir.   Certiorari denied.